**2004–0411.   State v. Hardy.**

Cuyahoga App. No. 82620, 2004-Ohio-56. On motion for stay of court of appeals' judgment. Motion

denied.

Moyer, C.J., Resnick and Lundberg Stratton, JJ., dissent.